IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DELORES FOWLER                                                              PLAINTIFF

        v.                              CIVIL NO. 13-3032

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                             DEFENDANT

### O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis.*  ECF Nos. 1, 2.  After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this date.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted.  The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Carolyn W. Colvin,[1] Acting Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs.  Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 28th day of February 2013.


/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.